# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOEL CRUZ RIVEROL,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 73697

**FILED**

SEP 27 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING APPEAL AND TRANSFERRING DOCUMENT*

This is a pro se appeal from an order of the district court denying a postconviction petition for a writ of habeas corpus.

Appellant's appeal from the district court's order was previously docketed in this court in Docket No. 73283. The clerk of this court inadvertently docketed this appeal as a separate matter when appellant filed a second, duplicative notice of appeal. Accordingly, we direct the clerk of this court to administratively close the instant appeal and transfer to Docket No. 73283 all documents filed or received in this matter.

It is so ORDERED.

_Cherry_, C.J.

cc:  Hon. Michelle Leavitt, District Judge
Joel Cruz Riverol
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

17-32687